THE HONORABLE JAMES L. ROBART

**10-CV-01150-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  v.<br><br>SUMMERHILL PLACE, LLC,<br>GRAN, INC., and RITA LOVEJOY,<br><br>  Defendants. | NO. 2:10-cv-01150-JLR<br><br>STIPULATION AND ORDER<br>REGARDING DISTRIBUTION OF<br>SETTLEMENT FUND |

The Court entered a Consent Order in this case on March 8, 2011, resolving the United States' lawsuit alleging that defendants Summerhill Place, LLC, GRAN, Inc. and Rita Lovejoy ("defendants") engaged in a pattern or practice of discrimination on the basis of race, color, national origin and familial status in violation of the Fair Housing Act, 42 U.S.C. §§ 3601-3619. Defendants deny the United States' allegations and specifically deny that they discriminated on the basis of race, color, national origin, or familial status. This is a compromise of a disputed claim and should not be

Stipulation and Order Regarding Distribution of Settlement Fund - 1

United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave., N.W.- G Street
Washington, D.C., 20530
202-307-6275

construed in any way as an admission by defendants of any liability whatsoever or as admission by defendants of any wrongdoing.

Paragraph 27 of the Consent Order directed the defendants to "deposit $85,000 in an interest bearing escrow account for the purpose of compensating persons who are deemed by the United States to be aggrieved persons" ("the Settlement Fund"). The Settlement Fund is to be paid to aggrieved persons as determined by the United States, or to a qualified organization if there is excess amounts in the Settlement Fund.

Paragraphs 33 and 34 of the Consent Order describe a process for the parties to attempt to reach agreement on an appropriate amount of damages that should be paid to aggrieved persons. In addition, Paragraph 34 of the Consent Order provides that the funds are to be distributed after the Court issues an order approving or changing the proposed distribution of funds. The United States has identified 21 aggrieved persons and has provided copies of sworn declarations from each aggrieved person to the defendants pursuant to paragraph 33 of the Consent Order.[1] The defendants do not contest the identified aggrieved persons.

Thus, the United States and the defendants stipulate to the following payments, subject to appropriate withholding of taxes, if any, to those individuals (listed below) identified as aggrieved parties by the United States:

---

[1] The United States will provide copies of the declarations to the Court upon the Court's request.

Stipulation and Order Regarding Distribution of Settlement Fund - 2

United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave., N.W.- G Street
Washington, D.C., 20530
202-307-6275

| Aggrieved Person | Payment Amount |
|---|---|
| Seema Bhatia | $2,750 plus an equal share of the interest accrued on the $85,000 Settlement Fund between the date of its creation, and the date the defendants issue the checks to the aggrieved persons. |
| Ronald Tyrone Blackwell | $5,500 plus an equal share of the interest accrued on the $85,000 Settlement Fund between the date of its creation, and the date the defendants issue the checks to the aggrieved persons. |
| Felamex Case | $2,750 plus an equal share of the interest accrued on the $85,000 Settlement Fund between the date of its creation, and the date the defendants issue the checks to the aggrieved persons. |
| Kenneth Case | $2,750 plus an equal share of the interest accrued on the $85,000 Settlement Fund between the date of its creation, and the date the defendants issue the checks to the aggrieved persons. |
| Brandy Davis | $2,750 plus an equal share of the interest accrued on the $85,000 Settlement Fund between the date of its creation, and the date the defendants issue the checks to the aggrieved persons. |

Stipulation and Order Regarding Distribution of Settlement Fund - 3

United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave., N.W.- G Street
Washington, D.C., 20530
202-307-6275

| | | |
|---|---|---|
| 1 | Justin Davis | $2,750 plus an equal share of the interest accrued on the |
| 2 | | $85,000 Settlement Fund between the date of its creation, |
| 3 | | and the date the defendants issue the checks to the |
| 4 | | aggrieved persons. |
| 5 | Betty Gibbins | $5,500 plus an equal share of the interest accrued on the |
| 6 | | $85,000 Settlement Fund between the date of its creation, |
| 7 | | and the date the defendants issue the checks to the |
| 8 | | aggrieved persons. |
| 9 | Lavanya Godisela | $4,000 plus an equal share of the interest accrued on the |
| 10 | | $85,000 Settlement Fund between the date of its creation, |
| 11 | | and the date the defendants issue the checks to the |
| 12 | | aggrieved persons. |
| 13 | Amit Kathpalia | $2,750 plus an equal share of the interest accrued on the |
| 14 | | $85,000 Settlement Fund between the date of its creation, |
| 15 | | and the date the defendants issue the checks to the |
| 16 | | aggrieved persons. |
| 17 | Sherrie Knoedler | $4,000 plus an equal share of the interest accrued on the |
| 18 | | $85,000 Settlement Fund between the date of its creation, |
| 19 | | and the date the defendants issue the checks to the |
| 20 | | aggrieved persons. |
| 21 | Hortense Merchant | $5,500 plus an equal share of the interest accrued on the |
| 22 | | $85,000 Settlement Fund between the date of its creation, |

Stipulation and Order Regarding Distribution of Settlement Fund - 4

United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave., N.W.- G Street
Washington, D.C., 20530
202-307-6275

| | | |
|---|---|---|
| 1 | | and the date the defendants issue the checks to the |
| 2 | | aggrieved persons. |
| 3 | Arvind Mundra | $5,500 plus an equal share of the interest accrued on the |
| 4 | | $85,000 Settlement Fund between the date of its creation, |
| 5 | | and the date the defendants issue the checks to the |
| 6 | | aggrieved persons. |
| 7 | Roy Nelson | $5,500 plus an equal share of the interest accrued on the |
| 8 | | $85,000 Settlement Fund between the date of its creation, |
| 9 | | and the date the defendants issue the checks to the |
| 10 | | aggrieved persons. |
| 11 | Olga Parulkar | $3,500 plus an equal share of the interest accrued on the |
| 12 | | $85,000 Settlement Fund between the date of its creation, |
| 13 | | and the date the defendants issue the checks to the |
| 14 | | aggrieved persons. |
| 15 | Vijay Parulkar | $3,500 plus an equal share of the interest accrued on the |
| 16 | | $85,000 Settlement Fund between the date of its creation, |
| 17 | | and the date the defendants issue the checks to the |
| 18 | | aggrieved persons. |
| 19 | Falguni Shukla | $5,500 plus an equal share of the interest accrued on the |
| 20 | | $85,000 Settlement Fund between the date of its creation, |
| 21 | | and the date the defendants issue the checks to the |
| 22 | | aggrieved persons. |

Stipulation and Order Regarding Distribution of Settlement Fund - 5

United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave., N.W.- G Street
Washington, D.C., 20530
202-307-6275

| | | |
|---|---|---|
| 1 | Priyatham Sundar | $4,000 plus an equal share of the interest accrued on the $85,000 Settlement Fund between the date of its creation, and the date the defendants issue the checks to the aggrieved persons. |
| 5 | Vijaya Sundar | $5,500 plus an equal share of the interest accrued on the $85,000 Settlement Fund between the date of its creation, and the date the defendants issue the checks to the aggrieved persons. |
| 9 | Chi Ling Tsou | $4,000 plus an equal share of the interest accrued on the $85,000 Settlement Fund between the date of its creation, and the date the defendants issue the checks to the aggrieved persons. |
| 13 | Robert West | $3,500 plus an equal share of the interest accrued on the $85,000 Settlement Fund between the date of its creation, and the date the defendants issue the checks to the aggrieved persons. |
| 17 | Merone Mia Wolde-Meskel | $3,500 plus an equal share of the interest accrued on the $85,000 Settlement Fund between the date of its creation, and the date the defendants issue the checks to the aggrieved persons. |

Within ten (10) days of the entry of this Order Regarding Distribution of Settlement Fund, the United States shall provide notice to the aggrieved parties identified herein of this Order Regarding

Stipulation and Order Regarding Distribution of Settlement Fund - 6

United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave., N.W.- G Street
Washington, D.C., 20530
202-307-6275

Distribution, shall request appropriate documentation, if any, and shall include a request from escrow in this matter that the taxpayer identification number ("TIN") or individual taxpayer identification number ("ITIN"), if any exists, be provided and that such TIN or ITIN is required to be provided under authority of law. Within 70 days of the entry of this Order Regarding Distribution of Settlement Fund, the United States shall submit to defendants W-9s, W-8s, or other appropriate documentation, if received from the aggrieved parties, or, if no documentation was received from by an aggrieved party, shall identify that no documentation was received. Within ten (10) business days of receipt from the United States of the above identified documentation or of the identification that no documentation was received, defendants shall deliver to the United States checks payable to the aggrieved persons as identified above, subject to appropriate withholding, if any. The United States shall provide the escrow agent with all contact information for each aggrieved party that did not provide a properly completed W-9 or W-8 Series form, including without limitation the address of the party to which any payment is sent. The parties, by mutual agreement, may extend the deadlines herein.

Upon receipt of the checks from the defendants, and signed releases in the form of Exhibit E of the Consent Order, with mutually agreed upon changes by the Parties, from Seema Bhatia, Ronald Tyrone Blackwell, Felamex Case, Kenneth Case, Brandy Davis, Justin Davis, Betty Gibbins, Lavanya Godisela, Amit Kathpalia, Sherrie Knoedler, Hortense Merchant, Arvind Mundra, Roy Nelson, Olga Parulkar, Vijay Parulkar, Falguni Shukla, Priyatham Sundar, Vijaya Sundar, Chi Ling Tsou, Robert West and Merone Mia Wolde-Meskel, the United States shall deliver the original signed releases to counsel for defendants, and the checks to the aggrieved persons identified above.

United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave., N.W.- G Street
Washington, D.C., 20530
202-307-6275

1  Respectfully submitted this 8th day of March 2012.

2

3  Counsel for Plaintiff:

4
   /s Julie J. Allen
5  TIMOTHY J. MORAN, Deputy Chief
   JULIE ALLEN, VABA #41578
6  Julie.allen@usdoj.gov
   Trial Attorney
7  Civil Rights Division
   U.S. Department of Justice
8  950 Pennsylvania Ave., N.W. – G Street
   Washington, D.C. 20530
9  Phone: 202-307-6275
   Fax: 202-514-1116
10

11 PATRICIA D. GUGIN, WABA #43458
   Pat.gugin@usdoj.gov
   Assistant United States Attorney
12 1201 Pacific Avenue, Suite 700
   Tacoma, Washington 98402
13 Phone: 253-428-3832
   Fax: 253-428-3826
14

15

16

17

18

19

20

21

22
   Stipulation and Order Regarding Distribution of Settlement Fund - 8
23
24
25
26

United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave., N.W.- G Street
Washington, D.C., 20530
202-307-6275

1 | Counsel for Defendant Summerhill Place, LLC, GRAN, Inc. and Rita Lovejoy:

2 | Littler Mendelson, P.C.

3 | /s Pamela Salgado
PAMELA SALGADO, WSBA #22741
4 | psalgado@littler.com
Littler Mendelson, P.C.
5 | One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101
6 | Phone: 206.381.4928
Fax: 206-447-6965

Stipulation and Order Regarding Distribution of Settlement Fund - 9

United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave., N.W.- G Street
Washington, D.C., 20530
202-307-6275

# ORDER

Based on the Stipulation and Order Regarding Distribution of Settlement Fund, it is ordered that the $85,000 Settlement Fund shall be distributed as set forth above.

DATED: March 8, 2012

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*s/ Julie J. Allen*
Timothy J. Moran, Deputy Chief
Julie Allen, VABA #41578
Julie.allen@usdog.gov
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW, - G Street
Washington D.C. 20530

Patricia D. Gugin, WABA #43458
Pat.gugin@usdog.gov
Assistant United States Attorney
1201 Pacific Avenue, Ste. 700
Tacoma, WA 98402

Attorneys for Plaintiff

*/s Pamela Salgado*
Pamela Salgado, WSBA #22741
E-Mail: psalgado@littler.com
Littler Mendelson, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101

Attorney for Defendants

Stipulation and Order Regarding Distribution of Settlement Fund - 10

United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave., N.W.- G Street
Washington, D.C., 20530
202-307-6275

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Pamela Salgado
Littler Mendelson
One Union Square
600 University Street
Suite 3200
Seattle, WA 98101
PSalgado@littler.com

Dated this 8th day of March 2012.

s/ Julie J. Allen
Attorney for the United States

Stipulation and Order Regarding Distribution of Settlement Fund - 11

United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave., N.W.- G Street
Washington, D.C., 20530
202-307-6275